██ · In the Matter of LATASHA F., a Child Alleged to be Permanently Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DALE W., Appellant. (Appeal No. 2.) [673 NYS2d 960] —Appeal unanimously dismissed without costs (*see, Matter of Cherilyn P.*, 192 AD2d 1084, *lv denied* 82 NY2d 652). (Appeal from Order of Erie County Family Court, Rosa, J.— Placement.) Present—Denman, P. J., Lawton, Wisner, Balio and Boehm, JJ.